UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELIA GRANADOS,

                Plaintiff,

-against-

ELIZABETH GALVIN, et al.,

                Defendants.

1:24-CV-6932 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated September 23, 2024, the Court directed Plaintiff to, within 30 days, either pay the $405 in fees required to bring this action or fully complete, sign, and submit an amended *in forma pauperis* ("IFP") application. On October 28, 2024, the court received from Plaintiff, who appears *pro se*, only the first page of her amended IFP application; Plaintiff did not submit a completed and signed second page of her amended IFP application. Accordingly, in light of Plaintiff's *pro se* status, the Court grants Plaintiff 30 days' leave to either pay the $405 in fees to bring this action or submit the fully completed and signed second page of her amended IFP application. The second page to such an application is attached to this order.

      No summonses shall issue at this time. If Plaintiff complies with this order, this action shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the Court will dismiss this action without prejudice.

      The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf.*

2

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 7, 2024
         New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge