UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELIA GRANADOS,

       Plaintiff,

-against-

ELIZABETH GALVIN, et al.,

       Defendants.

1:24-CV-6932 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated November 7, 2024, the Court directed Plaintiff to, within 30 days, either pay the $405 in fees required to file a civil action in this court or submit the fully completed and signed second page of her amended *in forma pauperis* ("IFP") application. (ECF 11.) The Court issued that order after it had previously granted Plaintiff, in its September 23, 2024 order, 30 days to either pay the $405 in fees to bring this action or submit a fully completed and signed amended IFP application (ECF 9), and Plaintiff had submitted, in response to that order, only the first page of her amended IFP application and without her signature (*see* ECF 11). The Court warned Plaintiff, in its November 7, 2024 order, that, if she failed to comply with that order within the time allowed, the Court would dismiss this action without prejudice. (*Id.*) On November 21, 2024, Plaintiff filed a completed amended IFP application that lacks her signature. (ECF 12.) Accordingly, because that submission lacks Plaintiff's signature, which the Court required in its November 7, 2024 order, and that is required by Rule 11(a) of the Federal Rules of Civil Procedure, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

  The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:  January 6, 2025
         New York, New York

                                      /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                     Chief United States District Judge