UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELIA GRANADOS,<br><br>                        Plaintiff,<br><br>ELIZABETH GALVIN, et al.,<br><br>                        Defendants. | 24 CIVIL 6932 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the January 6, 2025, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 7, 2025
             New York, New York

                                                              /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                   Chief United States District Judge